# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:25−cv−01010−JWB−DTS
## *Internal Use Only*

| | |
|---|---|
| Vagle v. Bakke et al | Date Filed: 03/17/2025 |
| Assigned to: Judge Jerry W. Blackwell | Date Terminated: 05/08/2025 |
| Referred to: Magistrate Judge David T. Schultz | Jury Demand: None |
| Cause: 28:1331 Fed. Question: Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Melissa K. Vagle**    represented by    **Melissa K. Vagle**
ADDRESS UNKNOWN
PRO SE

V.

**Defendant**

**Brandon Bakke**

**Defendant**

**Chrissie Rodriguez**

**Defendant**

**Mount Olivet Rolling Acres**

**Defendant**

**Danielle Fox**

**Defendant**

**Joe Christenson**

**Defendant**

**Katie Elleraas**

**Defendant**

**Donna Kuller**

**Defendant**

**Julie Olson**

**Defendant**

**Stacy Richards**

**Defendant**

Tina Stofferahn

**Defendant**

Stephen Blair Venable

**Defendant**

Karen Brantner

**Defendant**

Shannon Gourley

**Defendant**

Bryce Hansen

**Defendant**

Betsy Koss

**Defendant**

Katie Mika

**Defendant**

Abby Morgan

**Defendant**

Karin Nagel

**Defendant**

Beth Nord

**Defendant**

Megan Ruschmeier

**Defendant**

Angela Tupy

**Defendant**

Tina Scheving

**Defendant**

Maria Schugel

**Defendant**

Frances Stevenson

**Defendant**

**Wayde Whelan**

**Defendant**

**Jay Cantine**

**Defendant**

**Kari Dose**

**Defendant**

**Andy Dressel**

**Defendant**

**Elizabeth Psihos**

**Defendant**

**David Lose**
*Pastor*

**Defendant**

**Kris Teigen**

**Defendant**

**Jennifer Neu**

**Defendant**

**Deb Baxter**

**Defendant**

**Heidi Droegemueller**

**Defendant**

**Sue Durkin**

**Defendant**

**Bruce Ensrud**

**Defendant**

**Sue Ferguson**

**Defendant**

**Monica Hammersten**
*Pastor*

**Defendant**

June 25 2025 3

**Drew Henry**

<u>**Defendant**</u>

**Amy Hewitt**
*PH.D*

<u>**Defendant**</u>

**Kyle Johnson**

<u>**Defendant**</u>

**Michael Lane**

<u>**Defendant**</u>

**Nancy Nash**

<u>**Defendant**</u>

**Kurts Strelnieks**

<u>**Defendant**</u>

**Katherine Rotmil**

<u>**Defendant**</u>

**Johnson/Turner Legal Team, The**

<u>**Defendant**</u>

**Eric Parker**

<u>**Defendant**</u>

**Stacy Vanorum**

<u>**Defendant**</u>

**Chris Johnson**

<u>**Defendant**</u>

**Michelle Burchett–Keehr**

<u>**Defendant**</u>

**Krystal Lilyquist**

<u>**Defendant**</u>

**Daniel Cain**

<u>**Defendant**</u>

**Scotty Ducharme**

<u>**Defendant**</u>

**Jason Fraser**

**Defendant**

**Jennie Carrino**

**Defendant**

**Erin Turner**

**Defendant**

**Katelyn Anderson**

**Defendant**

**Mara Bain**

**Defendant**

**Kristi Capeti**

**Defendant**

**Polly Dolby**

**Defendant**

**Colleen Eldred**

**Defendant**

**Kelly Fleck**

**Defendant**

**Leah Hahn**

**Defendant**

**Shelly Harris**

**Defendant**

**Melissa Howell**

**Defendant**

**Tara Jacob**

**Defendant**

**Katie Jarvi**

**Defendant**

**Amanda Johnson**

**Defendant**

**Stasi Johnson**

**Defendant**

**Robin Jones**

**Defendant**

**Nancy Kuehl**

**Defendant**

**Karla Lien**

**Defendant**

**Tim Lohmann**

**Defendant**

**Erica Magner**

**Defendant**

**Kristin Delange**

**Defendant**

**Rachel May**

**Defendant**

**Lauren McQuinn**

**Defendant**

**Cami Mitchell**

**Defendant**

**Michael Metherd**

**Defendant**

**Jennifer Nordquist**

**Defendant**

**Brad Palmer**

**Defendant**

**Denise Rahmeyer**

**Defendant**

**Cheryl Rithmiller**

**Defendant**

**Kelly Sater**

**Defendant**

**Dave Snyder**

**Defendant**

**Jared Sundvall**

**Defendant**

**Matthew Tuttle**

**Defendant**

**Mike Welch**
*RRS*

**Defendant**

**Chad Erdmann**

**Defendant**

**Kerwin McKay**

**Defendant**

**Lisa Nolan**

**Defendant**

**Corrie Vollmer**

**Defendant**

**Emily Miller**

**Defendant**

**Cassie Tulp**

**Defendant**

**Felicia Young**

**Defendant**

**Jodi Lewis**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2025 | 1 | COMPLAINT against Katelyn Anderson, Mara Bain, Brandon Bakke, Deb Baxter, Karen Brantner, Michelle Burchett–Keehr, Daniel Cain, Jay Cantine, Kristi Capeti, Jennie Carrino, Joe Christenson, Kristin Delange, Polly Dolby, Kari Dose, Andy |

| | | |
|---|---|---|
| | | Dressel, Heidi Droegemueller, Scotty Ducharme, Sue Durkin, Colleen Eldred, Katie Elleraas, Bruce Ensrud, Chad Erdmann, Sue Ferguson, Kelly Fleck, Danielle Fox, Jason Fraser, Shannon Gourley, Leah Hahn, Monica Hammersten, Bryce Hansen, Shelly Harris, Drew Henry, Amy Hewitt, Melissa Howell, Tara Jacob, Katie Jarvi, Amanda Johnson, Chris Johnson, Kyle Johnson, Stasi Johnson, Johnson/Turner Legal Team, The, Robin Jones, Betsy Koss, Nancy Kuehl, Donna Kuller, Michael Lane, Jodi Lewis, Karla Lien, Krystal Lilyquist, Tim Lohmann, David Lose, Erica Magner, Rachel May, Kerwin McKay, Lauren McQuinn, Michael Metherd, Katie Mika, Emily Miller, Cami Mitchell, Abby Morgan, Mount Olivet Rolling Acres, Karin Nagel, Nancy Nash, Jennifer Neu, Lisa Nolan, Beth Nord, Jennifer Nordquist, Julie Olson, Brad Palmer, Eric Parker, Elizabeth Psihos, Denise Rahmeyer, Stacy Richards, Cheryl Rithmiller, Chrissie Rodriguez, Katherine Rotmil, Megan Ruschmeier, Kelly Sater, Tina Scheving, Maria Schugel, Dave Snyder, Frances Stevenson, Tina Stofferahn, Kurts Strelnieks, Jared Sundvall, Kris Teigen, Cassie Tulp, Angela Tupy, Erin Turner, Matthew Tuttle, Stacy Vanorum, Stephen Blair Venable, Corrie Vollmer, Mike Welch, Wayde Whelan, Felicia Young filed by Melissa K. Vagle. Case assigned to Judge Jerry W. Blackwell per 3rd, 4th – Master list, referred to Magistrate Judge David T. Schultz. (Attachments: # 1 Certificate of Service) (jam) Document QC'd on 3/25/2025 (JME). (Entered: 03/18/2025) |
| 03/18/2025 | 2 | LETTER from Clerk's Office to re: Filing Fee, enclosing (AO 239) Application to Proceed in District Court Without Prepaying Fees or Costs cc: Melissa K. Vagle (jam) (Entered: 03/18/2025) |
| 03/24/2025 | 3 | Application to Proceed in District Court without Prepaying Fees or Costs filed by Melissa K. Vagle. (CLK) QC'd on 3/26/2025 (AKM). (Entered: 03/25/2025) |
| 05/08/2025 | 4 | ORDER dismissing case without prejudice and denying 3 Application to Proceed in District Court without Prepaying Fees or Costs. (Written Opinion) Signed by Judge Jerry W. Blackwell on 5/8/2025. (DMM) (Entered: 05/08/2025) |
| 05/09/2025 | 5 | JUDGMENT (Attachments: # 1 Civil Notice – appeal)(BTX) (Entered: 05/09/2025) |
| 06/03/2025 | | (Text–Only) 4 , 5 Mail Returned as *Moved/No Forwarding Address*.<br><br>Mail sent to:<br>Melissa K. Vagle<br>18610 Queen St. NW<br>Elk River, MN 55330<br><br>No forwarding address available. Mail not re–sent.<br>Attempts Made: No phone number to contact party so new address cannot be obtained. (CLK) (Entered: 06/04/2025) |
| 06/16/2025 | 6 | NOTICE OF APPEAL TO 8TH CIRCUIT as to 4 Order on Application on Proceed in District Court without Prepaying Fees or Costs by Melissa K. Vagle. (Attachments: # 1 Civil Cover Sheet)(ACH). Document QC'd 6/20/2025 (ACC). (Entered: 06/17/2025) |
| 06/16/2025 | 7 | Application to Proceed In Forma Pauperis on Appeal filed by Melissa K. Vagle. (ACH). Document QC'd 6/20/2025 (ACC). (Entered: 06/17/2025) |
| 06/24/2025 | 8 | ORDER. IT IS HEREBY ORDERED that Plaintiff Melissa K. Vagle's application to proceed in forma pauperis on appeal (Doc. No. 7) is DENIED. Signed by Judge Jerry W. Blackwell on 6/24/2025. (DMD) (Entered: 06/24/2025) |

| 06/25/2025 | 9 | TRANSMITTAL OF APPEAL LETTER TO U. S. COURT OF APPEALS, 8TH CIRCUIT, Re: Notice of Appeal to 8th Circuit 6 . (BTX) (Entered: 06/25/2025) |
|---|---|---|

Appellate Case: 25-2296    Page: 9    Date Filed: 06/30/2025 Entry ID: 5532052    June 25 2025 9

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Melissa K. Vagle,                                    Civ. No. 25-1010 (JWB/DTS)

        Plaintiff,

v.

Brandon Bakke; Chrissie Rodriguez;
Mount Olivet Rolling Acres; Danielle
Fox; Joe Christenson; Katie Elleraas;
Donna Kuller; Julie Olson; Stacy
Richards; Tina Stofferahn; Stephen Blair
Venable; Karen Brantner; Shannon
Gourley; Bryce Hansen; Betsy Koss;
Katie Mika; Abby Morgan; Karin Nagel;
Beth Nord; Megan Ruschmeier; Angela
Tupy; Tina Scheving; Maria Schugel;
Frances Stevenson; Wayde Whelan; Jay
Cantine; Kari Dose; Andy Dressel;                    **ORDER**
Elizabeth Psihos; David Lose, *Pastor*;
Kris Teigen; Jennifer Neu; Deb Baxter;
Heidi Droegemueller; Sue Durkin; Bruce
Ensrud; Sue Ferguson; Monica
Hammersten, *Pastor*; Drew Henry; Amy
Hewitt, *Ph.D.*; Kyle Johnson; Michael
Lane; Nancy Nash; Kurts Strelnieks;
Katherine Rotmil; The Johnson/Turner
Legal Team; Eric Parker; Stacy Vanorum;
Chris Johnson; Michelle Burchett-Keehr;
Krystal Lilyquist; Daniel Cain; Scotty
Ducharme; Jason Fraser; Jennie Carrino;
Erin Turner; Katelyn Anderson; Mara
Bain; Kristi Capeti; Polly Dolby; Colleen
Eldred; Kelly Fleck; Leah Hahn; Shelly
Harris; Melissa Howell; Tara Jacob; Katie
Jarvi; Amanda Johnson; Stasi Johnson;
Robin Jones; Nancy Kuehl; Karla Lien;
Tim Lohmann; Erica Magner; Kristin
Delange; Rachel May; Lauren McQuinn;

Appellate Case: 25-2296   Page: 10   Date Filed: 06/30/2025 Entry ID: 5532152

Cami Mitchell; Michael Metherd; Jennifer
Nordquist; Brad Palmer; Denise
Rahmeyer; Cheryl Rithmiller; Kelly Sater;
Dave Snyder; Jared Sundvall; Matthew
Tuttle; Mike Welch, *RRS*; Chad Erdmann;
Kerwin McKay; Lisa Nolan; Corrie
Vollmer; Emily Miller; Cassie Tulp;
Felicia Young; and Jodi Lewis,

                    Defendants.

Plaintiff Melissa K. Vagle has filed an application to proceed *in forma pauperis* ("IFP") and a second, ambiguous document—the pleading in this matter. It is not obvious that Vagle intended to commence a civil proceeding with that pleading. In the caption of the document, Vagle lists twelve federal criminal statutes. (*See* Doc. No. 1, Compl. 1.) The only relief sought in the document is the arrest, trial, and imprisonment of various persons who have become involved, in some way, in Vagle's recent state-court divorce and child-custody proceedings. The greater weight of the evidence suggests that Vagle was intending to initiate criminal proceedings against the several dozen Defendants named to this action rather than a civil lawsuit.

If the Court is correct regarding Vagle's intentions, then her pleading is frivolous. "Simply stated, private citizens generally have no standing to institute federal criminal proceedings." *Kunzer v. Magill*, 667 F. Supp. 2d 1058, 1061 (D. Minn. 2009) (collecting cases). Neither Vagle nor any other private litigant may initiate a criminal prosecution in federal court, and any attempted criminal prosecution initiated by Vagle will be subject to immediate summary dismissal.

Appellate Case: 25-2296    Page: 11    Date Filed: 06/30/2025 Entry ID: 5532152  June 25 2025 11

Supposing, however, that the Court is mistaken regarding Vagle's intentions and that she did intend to initiate a civil rather than criminal proceeding, because Vagle applied for IFP status, her Complaint would be subject to preservice review pursuant to 28 U.S.C. § 1915(e)(2)(B). That statute requires the Court to review a pleading submitted by an IFP applicant and dismiss the pleading if it is frivolous, malicious, or fails to state a claim on which relief may be granted. In reviewing whether a complaint states a claim on which relief may be granted, all the factual allegations in the complaint must be accepted as true and all reasonable inferences must be drawn in the plaintiff's favor. *Aten v. Scottsdale Ins. Co.*, 511 F.3d 818, 820 (8th Cir. 2008). Although the factual allegations in the complaint need not be detailed, they must be sufficient to "raise a right to relief above the speculative level . . . ." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). The complaint must "state a claim to relief that is plausible on its face." *Id*. at 570. In assessing the sufficiency of the complaint, legal conclusions that are couched as factual allegations are disregarded. *See Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009). Pro se complaints are to be construed liberally, but they still must allege sufficient facts to support the claims advanced. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004).

As already mentioned, Vagle seeks relief pursuant to federal criminal statutes. None of the criminal statutes mentioned by Vagle supply a private right of action, and therefore any attempt by Vagle to procure civil relief through those statutes is necessarily futile. *See Kunzer*, 667 F. Supp. 2d at 1061–62.

Appearing sporadically in the Complaint are references to other statutes, such as 42 U.S.C. § 1983, that do supply a private right of action. (*See* Compl. 18.) To the extent

3

that Vagle is, in fact, seeking relief pursuant to a civil statute, the pleading does not allege sufficient facts to establish, assuming those facts to be true, that any of the Defendants named to this action violated the law. Indeed, no facts at all are pleaded with respect to most of the dozens of Defendants. For the other Defendants, Vagle supplies only conclusory allegations; for example, Defendant Brandon Bakke is alleged to have embezzled funds, but no clear allegations about the form of this alleged misconduct are supplied in the pleading. The same could be said of any of the allegations of wrongdoing levied at any specific Defendant; the pleading is simply too vague and conclusory to state a viable claim for relief.

Accordingly, this matter is dismissed without prejudice—for lack of standing insofar as Vagle seeks to initiate a criminal prosecution, and for failure to state a claim on which relief may be granted insofar as Vagle brings civil claims for relief. Vagle's pending IFP application is denied in light of the dismissal, and the Court certifies that because an appeal could not be taken from the dismissal in good faith, Vagle will not be granted IFP status on appeal were that status to be requested. *See* 28 U.S.C. § 1915(a)(3).

**ORDER**

Based on the above, and on the files, records, and submissions in this case, **IT IS HEREBY ORDERED** that:

1.    This matter is **DISMISSED WITHOUT PREJUDICE**.

2.    The application to proceed *in forma pauperis* of Plaintiff Melissa K. Vagle (Doc. No. 2) is **DENIED**.

4

3.     It is certified that an appeal could not be taken in good faith from this dismissal.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: May 8, 2025                     _s/ Jerry W. Blackwell_____
                                      JERRY W. BLACKWELL
                                      United States District Judge

5

# UNITED STATES DISTRICT COURT

## District of Minnesota

Melissa K. Vagle,

               Plaintiff,

v.

Brandon Bakke; Chrissie Rodriguez; Mount Olivet Rolling Acres; Danielle Fox; Joe Christenson; Katie Elleraas; Donna Kuller; Julie Olson; Stacy Richards; Tina Stofferahn; Stephen Blair Venable; Karen Brantner; Shannon Gourley; Bryce Hansen; Betsy Koss; Katie Mika; Abby Morgan; Karin Nagel; Beth Nord; Megan Ruschmeier; Angela Tupy; Tina Scheving; Maria Schugel; Frances Stevenson; Wayde Whelan; Jay Cantine; Kari Dose; Andy Dressel; Elizabeth Psihos; David Lose, Pastor; Kris Teigen; Jennifer Neu; Deb Baxter; Heidi Droegemueller; Sue Durkin; Bruce Ensrud; Sue Ferguson; Monica Hammersten, Pastor; Drew Henry; Amy Hewitt, Ph.D.; Kyle Johnson; Michael Lane; Nancy Nash; Kurts Strelnieks; Katherine Rotmil; The Johnson/Turner Legal Team; Eric Parker; Stacy Vanorum; Chris Johnson; Michelle Burchett-Keehr; Krystal Lilyquist; Daniel Cain; Scotty Ducharme; Jason Fraser; Jennie Carrino; Erin Turner; Katelyn Anderson; Mara Bain; Kristi Capeti; Polly Dolby; Colleen Eldred; Kelly Fleck; Leah Hahn; Shelly Harris; Melissa Howell; Tara Jacob; Katie Jarvi; Amanda Johnson; Stasi Johnson; Robin Jones; Nancy Kuehl; Karla Lien; Tim Lohmann; Erica Magner; Kristin Delange; Rachel May; Lauren McQuinn; Cami Mitchell; Michael Metherd; Jennifer

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-01010-JWB-DTS

Nordquist; Brad Palmer; Denise
Rahmeyer; Cheryl Rithmiller; Kelly Sater;
Dave Snyder; Jared Sundvall; Matthew
Tuttle; Mike Welch, RRS; Chad Erdmann;
Kerwin McKay; Lisa Nolan; Corrie
Vollmer; Emily Miller; Cassie Tulp;
Felicia Young; and Jodi Lewis,

                        Defendants.

---

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This matter is DISMISSED WITHOUT PREJUDICE.

2. The application to proceed in forma pauperis of Plaintiff Melissa K. Vagle

(Doc. No. 2) is DENIED.

3. It is certified that an appeal could not be taken in good faith from this

dismissal.

Date: 5/9/2025                              KATE M. FOGARTY, CLERK



# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## CIVIL NOTICE

**The appeal filing fee is $605.00. If you are indigent, you can apply for leave to proceed in forma pauperis, ("IFP").**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals or the Federal Circuit Court of Appeals (when applicable) from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1.    Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or
2.    Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or
3.    Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or
4.    Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: """...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

Served

APPEAL FOR FRAUD & BASED ON PRIOR TAINT HEARINGS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RECEIVED**

**Melissa Kay Vagle**

JUN 1 6 2025

vs.

Case No. 24-cv-04637, 25-cv-1090,
25-cv-01010, 25-cv-01100

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 1 7 2025
U.S. DISTRICT COURT MPLS

Defendant(s).Co-Litigants per 28 § 1343.
CULLEN KNIGHTS, JOHN DAHM, DAVID HANCOX, LEANNE FRETTE, AMY HILSGEN,TIMOTHY JONES, CHAD DERNER, VAL PATINO, ROCHELLE WOUARD, TYLER LANGENFELD, HANNAH RUTT, SARA DICKS, TANYA HEITZINGER, CHAD M. POIST, DUSTIN S. BROWN, LELAND C. DUDEK, NIKKI FARAGO, JOHN CONNOLLY, JOSH SYRJAMAKI, SHIREEN GANDHI, DE ANNA CONOVER, KAREN MCKINNEY, ERIC GRUMDAH, TERESA STEINMETZ, NATASHA MERZ, MARSHALL E. SMITH, BRANDON BAKKE, CHRISSIE RODRIGUEZ, MOUNT OLIVET ROLLING ACRES, DANIELLE FOX, JOE CHRISTENSON, KATIE ELLERAAS, DONNA KULLER, JULIE OLSON, STACY RICHARDS, TINA STOFFERAHN, STEPHEN BLAIR VENABLE, KAREN BRANTNER, SHANNON GOURLEY, BRYCE HANSEN, BETSY KOSS, KATIE MIKA, ABBY MORGAN, KARIN NAGEL, BETH NORD, MEGAN RUSCHMEIER, ANGELA TUPY, TINA SCHEVING, MARIA SCHUGEL, FRANCES STEVENSON,WAYDE WHELAN, JAY CANTINE, KARI DOSE, ANDY DRESSEL, ELIZABETH PSIHOS, DAVID LOSE, KRIS TEIGEN, JENNIFER NEU, DEB BAXTER, HEIDI DROEGEMUELLER, SUE DURKIN, BRUCE ENSRUD, SUE FERGUSON, MONICA HAMMERSTEN, DREW HENRY, AMY HEWITT, KYLE JOHNSON, MICHAEL LANE, NANCY NASH, KURTS STRELNIEKS, The Johnson / Turner Legal Team, KATHERINE ROTMIL, ERIC PARKER, STACY VANORNUM, CHRIS JOHNSON, MICHELLE BURCHETT-KEEHR, KRYSTAL LILYQUIST, DANIEL CAIN, SCOTTY DUCHARME, JASON FRASER, JENNIE CARRINO, ERIN TURNER, KATELYN ANDERSON, MARA BAIN, KRISTI CAPETI, POLLY DOLBY, COLLEEN ELDRED, KELLY FLECK, LEAH HAHN, SHELLY HARRIS, MELISSA HOWELL, TARA JACOB, KATIE JARVI, AMANDA JOHNSON, STASI JOHNSON, LYNN KLICKER UTHE, SUSAN CRAGG, RYAN WALLACE, JACOB ERICKSON, TOM OVERHAUG, MALLORY STOLL, TERRI MELCHER, MARY CINCOTTA, DEBORAH LINK, CHRISTOPHER COOPER ,PATRICK J. SCHILTZ, ROBIN JONES, NANCY KUEHL, KARLA LIEN, TIM LOHMANN, ERICA MAGNER, KRISTIN DELANGE, RACHEL MAY, LAUREN MCQUINN, CAMI MITCHELL, MICHAEL METHERD, JENNIFER NORDQUIST,

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

1

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3.  An order of any court can be reviewed: deemed corum non judice.*

BRAD PALMER, DENISE RAHMEYER, CHERYL RITHMILLER, KELLY SATER, DAVE SNYDER, JARED SUNDVALL, MATTHEW TUTTLE, MIKE WELCH RRS; CHAD ERDMANN, KERWIN MCKAY, LISA NOLAN,  CORRIE VOLLMER, EMILY MILLER, CASSIE TULP, FELICIA YOUNG, JODI LEWIS, JOEL BROTT, JEFF RUHLUND, LAWRENCE A. WILFORD, JAMES A. GESKE, ERIC D. COOK, MICHAEL R. SAUER, ORIN J. KIPP, TIMOTHY LOVETT , JAMES WATCHKE-KORANNE, KATHERINE M. MENENDEZ,  DOUGLAS L. MICKO, UNITED WHOLESALE MORTGAGE, FLAGSTAR BANK N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC; REBECCA HIGLEY, KELLIE CABRERA,  ADDISON RICE, FIRST AMERICAN MORTGAGE SOLUTIONS, FEDERAL HOME LOAN MORTGAGE CORPORATION; ANNALY CAPITAL MANAGEMENT, INC, TYRONE MILLER, ONSLOW BAY FINANCIAL LLC., CSC-LAWYERS INCORPORATING SERVICE (COMPANY), WORLD BANK, MICHAEL R HOUGH, MIKE FANIA, BENJAMIN M. HOUGH, PNC BANK, JANET L. DERINGER, KATRESE RINGHAM, STEPHANIE TOLEDO TOVAR, MICHELLE ASHE, DIANE ARNOLD, LINDA HELGESON, SARA DICKS, TANYA HEITZINGER, CHAD M. POIST, DUSTIN S. BROWN, LELAND C. DUDEK, NIKKI FARAGO, JOHN CONNOLLY, JOSH SYRJAMAKI, CHRIS MEHALOCICH, TARA MEHALOVICH, CAG HOMES, LLC, KAREN MCKINNEY, ERIC GRUMDAH, TERESA STEINMETZ, NATASHA MERZ, MARSHALL E. SMITH, LAYLA MARIE WERKMESTER aka LAYLA MARIE VAGLE AND MATTHEW JAY VAGLE, WALTER KAMINSKY,  JENNY WALKER JASPER, STONEY L. HILJUS, KRISTI STANISLAWSKI,  JENNIFER L. STANFIELD , KARIN MCCARTHY, JESSE SEABROOKS II,  SEAN C. GIBBS,  KRISTIN C. LARSON, MICHELE DAVIS , KEVIN J. MEULLER,  JAMES EVENSON, ANNELIESE LORRAINE MCCAHERY, MICHAEL J DAVIS, JOSEPH DAVID VAN THOMME,  JENNIFER CLEMENTS, MARGARET L. DELAIN, KATE M. FOGERTY,  KATHLEEN A. HEANEY, BRAD JOHNSON, K.ALEXIS MCKIM,  KATHERINE ROTMIL, JODI HARPSTEAD,  ANNE NEU BRINDLEY, AMANDA LARSON,  BEN STOCK, RON NIERENHAUSEN, GRACE O'KONEK , DON BIRDSALL, JOE FIRKUS,  JOE GACKE, DERAK B. ANDERSON, BENJAMIN RUDOLPH ROSSUM, KATHERINE MENENDEZ; JERRY W. BLACKWELL, TINA SMITH, AMY KLOBUCHAR, ERIC LUCERO, TOM EMMER, PAUL NOVOTNY, KEITH ELLISON   per 28 § 1343.  You had the power to prevent and you did nothing.

**MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Per <u>Puckett v. Cox</u> & <u>Gideon v. Wainwright</u>
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

2

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

Pursuant to Federal Rule of Appellate Procedure 24(a)(5), Plaintiff moves for leave to proceed in forma pauperis on appeal, notwithstanding the District Court's certification that an appeal could not be taken in good faith. Obstruction of justice is what is really happening when a self representing litigant is being blocked from her rights to the courts by preventing her from being able to file and be heard. Plaintiff respectfully submits that there are substantial questions.

Plaintiff asserts that she has been subject to systematic legal abuse across multiple court systems designed to deprive her of both her property and custody of her special needs child. The constitutional violations alleged are substantial and significant, implicating fundamental rights recognized by the Supreme Court. This whole case was based on false accusations of a protective parent. The whole thing is fraud on its face.

Plaintiff has been unable to maintain employment due to the ongoing legal proceedings and the effects of the alleged constitutional violations. Estate of Macias v. Lopez, 42 F.Supp.2d 957, 962 (N.D.Cal.1999) The court also stated that to establish municipal liability, a plaintiff must show that: (1) [the plaintiff] possessed a constitutional right of which she was deprived; She alleges violations to the 1,2, 4, 5,6,7,8,11, 13, 14,15 Amendments to the US Constitution.

## NOTICE OF APPEAL

I am filing as a **pro se litigant**. I am demanding the following to be considered:
- **Motion to Modify Custody or Visitation** based on fraud, perjury and kidnapping.
- **Motion to Vacate and Reconsider Protective Order** was issued on false allegations.
- **Emergency Motion** if your child is in danger or regressing my son needs to be returned to me forthwith.
- Motion for a *taint hearing. Corum non judice*
- *Evidence from forged documents:*

*Layla and Matthew Vagle fabricated documents to support a claim, those documents are considered tainted and can be excluded from evidence.*
*False testimony: If a witness provides false testimony under oath, their testimony can be struck from the record, and they may face perjury charges. The whole case is based on 1001 fraud on the court.*

Title 42, U.S.C., Section 14141, makes it unlawful for state or local law enforcement agencies to allow officers to engage in a pattern or practice of conduct that deprives persons of rights protected by the Constitution or laws of the United States. This law is commonly referred to as the Police Misconduct Statute.
Pattern and Practice investigation include:
Lack of supervision/monitoring of officers actions.
Officers not providing justification or reporting incidents involving the use of force.

Per <u>Puckett v. Cox</u> & <u>Gideon v. Wainwright</u>
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

3

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified."* Chandler v. Fretag, *348 U.S. 3.* An order of any court can be reviewed: deemed corum non judice.

Lack of, or improper training of officers.
A department having a citizen complaint process which treats complainants as adversaries.
Excessive Force
Discriminatory Harassment
False Arrest
Coercive Sexual Conduct
Unlawful Stops, Searches, or Arrests.

Family Court → Criminalization
When protective parents don't comply with court orders (e.g., refusing visitation with an abusive parent), judges may refer the case for criminal prosecution—often under "custodial interference", "deprivation of rights", or even child abduction laws.
Courts sometimes issue protective orders (like a DANCO) against the protective parent, not the abuser—despite the original context being concern for the child's safety.
This criminalization can happen without a proper evidentiary hearing if you miss court, especially when family court "converts" the narrative into a punitive frame.

NOTICE IS HEREBY GIVEN that Melissa Vagle, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order and Judgment entered in this action on May 8, 2025, dismissing Plaintiff's complaint without prejudice, denying Plaintiff's application to proceed in forma pauperis, and certifying that an appeal could not be taken in good faith, and that the fraud on the court would be ignored and the case continued despite the fraud that nullified the case. Any violation of my rights to the courts and to due process is an automatic **Micias V. Ihde**, worth 15 million each violation.

All parties filing the appeal must date and sign the Notice of Appeal and provide his/her mailing address and telephone number, *EXCEPT that a signer of a pro se* notice of appeal may sign for his/her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

FRCP 8. (e) CONSTRUING PLEADINGS. Pleadings must be construed so as to do justice. What is justice? **Justice is Constitution**. Therefore my case is a case demanding that the constitution be followed and therefore must be construed to do justice. Blocking my access to the courts has caused a deprivation of rights under color of authority. The court has no authority to violate the constitution without committing treason. 18 U.S. Code § 2382 - MISPRISION OF TREASON

U.S. Vs. Murphy, 768 F.2d 1518, 1531 (7th. Cir. 1985), 31 Judges were removed from the bench after a Federal Court Ordered an investigation, it was confirmed aiding & abetting from the inferior Courts to the Federal Court, violations at every level with no one reporting the crimes*!* *The United States Supreme Court Acknowledged the judicial corruption, when it stated that*

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

4

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3.   An order of any court can be reviewed: deemed corum non judice.*

*there where many dishonest judges exposed & convicted through "Operation Greylord", a labyrinthine federal Investigation of judicial corruption in Chicago. Bracey Vs. Gramley, case No. 96-6133 (June 9, 1997)*

The Court in Yates Vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962) held that, "Not every action by any judge is in exercise of his judicial function. It is not a judicial function for a Judge to commit an intentional tort even though the tort occurs in the Courthouse. When a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses subject matter jurisdiction & The Judge's orders are void, of no legal force or effect."

The United States Supreme Court has stated that "No State legislator or executive or judicial officer can war against the Constitution without violating his Undertaking to support it". http://usinfo.org/docs/democracy/37.htm

Cooper Vs. Aaron. 358 U.S. 1 78 S.Ct. 1401 (1958). If a judge does not fully Comply with the Constitution, then his orders are void, in re Sawyer, 124 U.S. 200 (1888), he/she is Without jurisdiction, & he/she has engaged in an act or acts TREASON.

Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3.

ARTICLE III, SECTION 3, CLAUSE 1; Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless *on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court*

5. FRCP 5.1. The judge only has JURISDICTION if he/she has stayed within the constitutional confines of the law, otherwise he is PRACTICING LAW.  Since denying me my right to be heard has occurred the courts are therefore outside the constitutional confines for what they can do and lack jurisdiction.

TITLE 28 > PART IV> CHAPTER 85 > § 1343. Civil rights and elective franchise
   (a) The district courts shall have original jurisdiction of **any civil action** authorized by law to be commenced by **any person**: To recover damages for injury to his person or property, or because of the deprivation of **any right** or privilege of a citizen of the United States, by **any** act done in furtherance of **any** conspiracy mentioned in section 1985 of Title 42; To recover damages from **any person** who fails to prevent or to aid in preventing **any wrongs** mentioned in section 1985 of Title 42 which he had knowledge were about to occur and *power to prevent;* To redress the deprivation, under color of **any State law**, statute, ordinance, regulation, custom or usage, of **any right**, privilege or immunity secured by the Constitution of the United States or by **any Act of Congress** providing for equal rights of citizens or of all persons within the

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on abuse and retaliation.

5

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

jurisdiction of the United States; (4) To recover damages or to secure equitable or other relief under **any** Act of Congress providing for the protection of civil rights, including the right to vote.

You have no immunity to me in a suit for damages or for jail time in either your private or public servant capacity. TITLE 42 > § 12202 A State shall not be immune. TITLE 15 § 1122 No Immunity to state actors. TITLE 42 > § 1983 I am your employer, as you have taken my tax dollar for your salary, you no longer have the protection of a citizen, but are a public servant

Family court failed to **protect** my claims and dismissed the abuse disclosures, knowing the child is autistic. This makes all state actors and agents liable to me, in law and equity.

**PROVE TO ME WHO ACTUALLY ACTED ON MY BEHALF, no one did so you're all liable to me for your aiding and abetting in a felony.**

Amendment V. No person shall be held to answer for a capital, or otherwise infamous crime, unless on a **presentment or indictment of a Grand Jury**, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb, **nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law;** nor shall private property be taken for public use without just compensation.

Amendment VI. In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, **by an impartial jury** of the State and district wherein the crime shall have been committed; which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to **have compulsory process for obtaining witnesses in his favor,** and to have the assistance of counsel for his defence.

Amendment VII. In Suits at common law, where the value in controversy **shall exceed twenty dollars**, the right of **trial by jury** shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Filing a Complaint
To file a color of law complaint, contact your local FBI office by telephone, in writing, or in person. The following information should be provided:

**USPS Tracking®**

Per <u>Puckett v. Cox</u> & <u>Gideon v. Wainwright</u>
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

6

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is un~~notified~~ Chandler v. Fretag, 348 U.S. 3.  An order of any court can be reviewed: deemed corum non justice.*

**Delivered  Tracking Number:**
9505513022885106102755
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20548 April 22, 2025, 11:24 am

**Delivered  Tracking Number:**
9505513022885106102816
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 24, 2025, 4:04 am

**Delivered  Tracking Number:**
9505513022885106102779
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 24, 2025, 4:04 am

**Delivered Tracking Number:**
9505513022885106102830
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 29, 2025, 4:09 am

**Delivered Tracking Number:**
9505513022885106102793
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 24, 2025, 4:04 am

**Delivered  Tracking Number:**
9505513022885106102854
**Delivered, Front Desk/Reception/Mail Room**
MINNEAPOLIS, MN 55415
April 21, 2025, 10:38 am

**Delivered  Tracking Number:**
9505513022885106102878
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 24, 2025, 4:04 am

Per Puckett v Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

7

Appellate Case: 25-2296    Page: 24    Date Filed: 06/30/2025 Entry ID: 5532152    June 25 2025 24

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqual... er v. Freitag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

**Delivered  Tracking Number:**
   **9505513022885106102892**
   **Delivered, In/At Mailbox**
   **WASHINGTON, DC 20006**
   **April 18, 2025, 11:05 am**

**Delivered  Tracking Number:**
   **9505513022885106102915**
   **Delivered, Individual Picked Up at Postal Facility**
   **WASHINGTON, DC 20500**
   **April 24, 2025, 4:04 am**
**Delivered  Tracking Number:**
   **9505513022885106102939**
   **Delivered, Individual Picked Up at Postal Facility**
   **WASHINGTON, DC 20500**
   **April 29, 2025, 4:09 am**

## CERTIFICATE OF SERVICE

<u>The Constitution of the United States:</u> Article. I. Section. 3. 7. Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit... the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

Article III.  Section. 2. The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting Ambassadors, other public Ministers and Consuls;--to all Cases of admiralty and maritime Jurisdiction;

The Trial of all Crimes, except in Cases of *IMPEACHMENT*, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed;

Melissa Kay Vagle, I ask the court to vacate the order due to fraud and perjury used to start the case. To start an action there has to be an injury, falsifying a police report to start a case, voids the whole case.

Estate of Macias v. Lopez, 42 F.Supp.2d 957, 962 (N.D.Cal.1999) The court also stated that, to establish municipal liability, a plaintiff must show that:
(1) [the plaintiff] possessed a constitutional right of which she was deprived; She alleges violations to the 1,2, 4, 5,6,7,8,11, 13, 14,15 Amendments to the US Constitution.

Per <u>Puckett v. C...</u> & <u>Gideon v. Wainwright</u>
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

8

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: """...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

Identify a Constitutional Violation:
1. NO due process.
2. False arrest
3. Kidnapping my children during my visitation rights
4. Putting me on a registry that makes it impossible for me to work.
5. Pattern of Retaliation Against Protective Parents: Violation of Double jeopardy by calling me into answer 47 times is legal abuse.
6. Aiding and abetting the stalking by a predatory ex-husband, his lover and now wife, aided by government agencies.
7. Unreasonable bail was set. Mine was set higher than if I had murdered someone. The charges against me which were false were that I sent mail to Layla Vagle. I had not, so it was a civil case, is correct and I had to spend [illegible] jail and now it reflects this on a background check as a violation. I have never even met Layla Vagle EVER nor do I care to. The case was created to cover up the abuse my son was sustaining under their care. So because someone lied and created a false case to hinder my right to happiness. And the right to employment.
In a domestic violence case, the bail amount is not fixed and varies significantly based on factors like the severity of the offense, the individual's criminal history, and the potential risk they pose to the victim and the community. Bail can range from $1,000 to $10,000 for misdemeanor charges and from $50,000 to $100,000 or more for felony charges, especially if there are serious injuries or weapons involved.
8. Right to happiness, I was on vacation during my child custody time, with my 2 autistic children. I was showering at the time and in only a towel.. I was arrested across state lines, roughed up, falsely accused of [illegible] by officers who made the false arrest. I was illegally denied bail for 7 days and held at two different jails.
9. Injured while in custody.
10. My son, Aaron was Kidnapped and returned to a home he was being protected from. Aaron the youngest child was given to the abusive person. He is currently in harms way where he was previously molested "sexual abuse" means conduct described in sections 609.342 to 609.3451 and 609.3458;
(4) kidnapping under section 609.25;
11. Harassed wherein there were 37 times that either police or CPS showed up on my property to do a "wellness check" during my time with my children.
12. False dismissal of my restraining order against my ex-husband.
Estate of Macias v. Lopez, 42 F.Supp.2d [illegible] 962 (N.D.Cal.1999) (emphasis added). The court also stated that [illegible] liability, a plaintiff must show that:

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

9

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

(1) [the plaintiff] possessed a constitutional right of which she was deprived; She alleges violations to the 1,2, 4, 5,6,7, 8,11, 13, 14,15 Amendments to the US Constitution.

(2) the municipality, state and federal courts had a policy or custom;

(3) this policy or custom amounts to deliberate indifference to [the plaintiff's] constitutional rights; the religious freedom to believe that God loves all the same, gay and straight was violated, and

(4) the policy or custom caused the constitutional deprivation.

2. File a Complaint or Petition:

Depending on the specific circumstances, a complaint (for a civil case) or a petition (for a Supreme Court case) would need to be filed in the appropriate court.

3. Supreme Court Petition (Certiorari):

To get a case heard by the Supreme Court, a writ of certiorari (a petition) must be filed, asking the court to review the case.

4. Supreme Court Review:

The Supreme Court has discretion on whether to hear a case, and usually only accepts cases that involve important constitutional issues, conflicting lower court decisions, or could have national significance.

In essence, a constitutional case begins with a belief that the government has acted in a way that violates the Constitution, and it then progresses through the court system, potentially ending up before the Supreme Court if the parties are not satisfied with the lower court's decision.

I hereby give notice that this case will be sent to Anyone who it was mailed too, including the media. You should be aware that this includes the whitehouse, DOGE and FAFO, this also means that you have not filed the required notice of felony on those of you who have been part of, aware of and did nothing will amount to a misprision of a felony and you will be charged.

It is hereby ordered that Melissa Kay Vagle be granted just compensation.

Her child returned to her NOW!

It is also ordered that all warrants that were issued are allowed under the constitution.

***Since I was held to answer 47 times for a case where the injured party lied and falsified a violation. I demand just compensation for going to these kangaroo courts.***

TITLE 28 > PART V > CHAPTER 133

Sec. 2107. Time for appeal to court of appeals

   (a) Except as otherwise provided in this section, no appeal shall bring any judgment, order or decree in an action, suit or proceeding of a civil nature before a court of appeals for review unless notice of appeal is filed, within

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal and retaliation.

10

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non justice.*

*thirty days* after the entry of such judgment, order or decree.

(b)  In any such action, suit or proceeding in which the United States or an officer or agency thereof is a party, *the time as to all parties shall be sixty days from such entry.*

(c)  The district court may, upon motion filed not later than *30 days* after the expiration of the time otherwise set for bringing appeal, extend the time for appeal upon a showing of excusable neglect or good cause. In addition, if the district court finds--

(1) that a party entitled to notice of the entry of a judgment or order did not receive such notice from the clerk or any party within 21 *days* of its entry, and

(2) that no party would be prejudiced, the district court may, upon motion filed within *180 days* after entry of the judgment or order or within *7 days* after receipt of such notice, whichever is earlier, reopen the time for appeal for a period of *14 days* from the date of entry of the order reopening the time for appeal.

(d) This section shall not apply to matters or other proceedings under Title 11.

TITLE 42--THE PUBLIC HEALTH AND WELFARE CHAPTER 21.--CIVIL RIGHTS SUBCHAPTER II-- PUBLIC ACCOMMODATIONS Sec. 2000a-3. Civil actions for injunctive relief Persons aggrieved; intervention by Attorney General; legal representation; **commencement of action without payment of fees, costs, or security.**
A} of this section before the expiration of *thirty days* after written notice of such alleged act or practice has been given to the appropriate State or local authority by registered mail or in person, provided that the court may stay proceedings in such civil action pending the termination of State or local enforcement proceedings

I am filing this counter suit because of the false arrest, piracy and treason committed in my case against my constitutional rights. I have lived in fear or pain and I have had enough of both.
I am not an attorney, I could never be that corrupt; Per Puckett v. Cox & Gideon v. Wainwright My pleadings need not to be within the same standards as an attorney.

SUPREME COURT RULE 29 When a party is not represented by counsel, service shall be made on the party, personally, by mail, or by commercial carrier. Ordinarily, service on a party must be by a manner at least as expeditious as the manner used to file the document with the Court.

Federal Rules of Civil Procedure  Rule 8. General Rules of Pleading
e) Pleading to be Concise and Direct: Consistency Each averment of a pleading shall be simple, concise, and direct. No technical forms of pleading or motions are required.

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

11

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

Amendment V. No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall ANY person be subject for the same offence to be twice put in jeopardy of life or limb, nor shall be compelled in ANY criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

This must be heard before a grand jury unless for the impeachment of each of the officers.
* A PRIVATE CITIZEN CAN BE HELD LIABLE UNDER § 1983 While a private citizen cannot ordinarily be held liable under § 1983 because that statute requires action under color of state law, if a private citizen conspires with a state actor, then the private citizen is subject to § 1983 liability. Brokaw v. Mercer County, 235 F.3d 1000 (7th Cir 2001)
Therefore if any person conspires with a federal or state law enforcement agent, they too shall be liable to me for 15 million MACIAS v IHDE 9915662 and 1000 per minute I am held.
Value of property stolen without just compensation. Amendment V. nor shall private property be taken for public use without just compensation.
In a case in which the city was accused of failing to train its officers, the Tenth Circuit Federal Court of Appeals (West) upheld an award of $100,000 against the city and $2,100 against the police officers. As a result of a 23 minute improper stop of a motorist, the Eleventh Circuit Federal court of Appeals (South East) upheld a jury award of $25,000. Trezevant v. City of Tampa, 741 F.2d 336 (11th Cir. 1984).
Number of CORPORA FICTA Employee(s); 225 multiplied by 15 million = 3,375,000,000.00
Trezevant v. City of Tampa, it is 1000 per minute any soul is held kidnapped which is 1440 minutes times 1000 is 1,440,000.
From and including: Thursday, August 22, 2024
To, but not including Wednesday, June 11, 2025
Result: 293 days
Trezevant v. City of Tampa, is 1,440,000 per day times 293 is equal to 10,578,210,000 already owed to me.
Number of minutes held without a warrant 7 days multiplied by 1000 per minute = 10,080,000
Value of property stolen without a warrant = 350,000
Subtotal of damages = 3,385,430,000 plus the kidnapping is
treble damages = 10,156,290,000 You have 30 days to remit the 10,156,290,000 billion.

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

12

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

I declare under penalty of perjury that everything that I have stated in this document is true and correct. Minn. Stat. § 358.116.

Signed *Melissa K. Vagle*

Melissa Vagle

Date June 16, 2025
Article. IV.
The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

St. Paul

Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street - Suite 100
St. Paul, MN 55101
8:00AM - 4:30PM Monday - Friday

SHOW THE GRAND JURY INDICTMENT or you have no Jurisdiction.

A voidable order is an order that must be declared void by a judge to be void; a void order is an order issued without jurisdiction by a judge and is void ab initio and does not have to be declared void by a judge to be void. ONLY AN INSPECTION OF THE RECORD OF THE CASE SHOWING THAT THE JUDGE WAS WITHOUT JURISDICTION OR VIOLATED A PERSON'S DUE PROCESS RIGHTS, or where fraud was involved in the attempted procurement of jurisdiction, is sufficient for an order to be void. Potenz Corp. v. Petrozzini, 170 Ill. App. 3d 617, 525 N.E. 2d 173, 175 (1988). In instances herein, the law has stated that the orders are void ab initio and not voidable because they are already void. Written as if on a plain piece of paper, unenforceable, illegal, fraud.

An order of any court can be reviewed: deemed corum non judice.

Void law which conflicts with the Constitution: 1) Is irrational. 2) Is unreasonable. 3) Violations of many express constitutional inalienable rights.

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to meet the same standards as an attorney.
These cases are about legal abuse and retaliation.

13

Appellate Case: 25-2296   Page: 30   Date Filed: 06/30/2025 Entry ID: 5532152   June 25 2025 30

*Any denial of my rights by your office is a denial of my counsel or access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3. An order of any court can be reviewed: deemed corum non judice.*

**TO: Clerk of the Appellate Courts** Minnesota Judicial Center 25 Rev. Dr. Martin Luther King Jr. Blvd. Saint Paul, MN 55155 **Please take notice that the above-named litigant appeals** to the Court of Appeals of the State of Minnesota from a judgment an order, dated as shown as above.

### DEFAULT By the Clerk.

1. The cases against Melissa Vagle be dismissed and vacated immediately.
2. *My son returned post haste.*
3. All jail records to include DNA, Pictures and fingerprints and signatures use of my social security number for the arrest and be deleted with all my information be deleted from the CRJS system.
4. Matthew Vagle be arrested for kidnapping and child endangerment.
5. Layla Vagle be arrested for kidnapping, perjury, child endangerment with enhancements of sexual grooming and sexual abuse of a minor.
6. I am justly compensated for my false arrest, and the kidnapping of my child, You have 30 days to remit the 10,156,290,000 billion.
7. That the judges in all my cases that did not stop the false case be removed from the bench.
8. I receive my performance bond and appearance bond. treasury.direct.gov bond. All said bonds will be remitted to me, post haste.

**US CONSTITUTION Section 4. The** United States shall guarantee... **against domestic violence.**
**Amendment I Congress shall make no law** respecting an establishment of religion, or **prohibiting the free exercise thereof.**
**§ 1983 Estate of Macias v. Lopez, 42 F. Supp.2d 957, 962 (N.D. Cal. 1999).**
**A PRIVATE CITIZEN BE HELD LIABLE UNDER § 1983** Fries v. Helsper, 146 F.3d 452, **457 (7th Cir. 1998)**
**42 § 1985 Conspiracy to interfere with civil rights**
**Each conspirator is liable for the acts of his co-conspirators in furtherance of the conspiracy, even if he is unaware of some of the acts or actors. Pinkerton v. United States, 328 U.S. 640, 645-48, 66 S.Ct. 1180, 90 L.Ed. 1489 (1946); Oropeza, 564 F.2d at 322.**
**28 § 1343. Failed to protect.**
**Article II Section 4. Impeachment**
**18 § 2 Principals**
**18 § 3 Accessory after the fact**
**People v. Martin, 135 Cal. App.3d 710 (1982).**
**18 § 1505 OBSTRUCTION OF JUSTICE.**
**All Agents, Actors, Abetters are now liable in both Law and Equity to Dr. Jan B. Hamilton & Nancy Lee Wall, shall Pay 45 million Per: Macias V. Idhe 1999. A payment Schedule will**

Per Puckett v. Cox & Gideon v. Wainwright
My pleadings need not to be within the same standards as an attorney.
These cases are based on legal abuse and retaliation.

14

*Any denial of my rights by your office is a denial of my counsel to access the courts to be heard at law: ""...his right to be heard through his own counsel is unqualified." Chandler v. Fretag, 348 U.S. 3.   An order of any court can be reviewed: deemed corum non justice.*

be made for 30 years at 10% interest per year for 30 years. Total cost $1,421,665,944 and the Monthly payments are $3,949,072.

8.  **Rule 55. Default; Default Judgment;**
**(a) Entering a Default.** When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.
**(b) Entering a Default Judgment.**
**By the Clerk. If the plaintiff's claim is** for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

Default wherein the United States is a party to the case is 120, unless a counter claim wherein the parties so accused have proven they have NOT committed the crimes herein listed. The default day is From Sunday, June 15, 2025 by adding 120 days. Result:Monday, October 13, 2025.  As of October 13, 2025 even without a clerks or judges signature this order defaults.

**IT IS SO ORDERED** by default

By the Clerk_____Date:_____

Per Packer v. Cox & Gideon v. Wainwright
My pleadings need not to be held to the same standards as an attorney.
These cases are for abuse of due process and retaliation.

15

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Melissa Kay Vagle

**DEFENDANTS** See Attached Doc.

**(b)** County of Residence of First Listed Plaintiff Sherburne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

---

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*     Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Personal Injury | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions 1343 Failure protect |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

*(RECEIVED JUN 5 2025 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA)*
*(SCANNED JUN 17 2025 U.S. DISTRICT COURT MPLS)*

---

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

Consolidated cases Appeal Notice

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1343 failure to protect
Brief description of cause:
No Jurisdiction

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P
DEMAND $ 6 Billion
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
See Attached document
JUDGE _____
DOCKET NUMBER _____

DATE 6/16/25
SIGNATURE OF ATTORNEY OF RECORD
I, Melissa Kay Vagle am Attorney of Record

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 04/21)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Melissa K. Vagle, | Civ. No. 25-1010 (JWB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Brandon Bakke, et al., | |
| Defendants. | |

Plaintiff Melissa K. Vagle has filed a notice of appeal from the judgment entered in this matter. Within that notice of appeal is a request for *in forma pauperis* ("IFP") status. (*See* Doc. No. 7 at 3-4.) The request is denied. Vagle does not establish in the notice of appeal that she is financially eligible for IFP status—that is, that she is unable to afford the costs of paying for her appeal. But even if Vagle had established financial eligibility, the appeal is untimely, *see* Fed. R. App. P. 4(a)(1), and the Court has not granted an extension of the time in which to file a notice of appeal. And even if the appeal were timely, Vagle's Complaint was frivolous, and the Court already stated when dismissing the Complaint that an appeal could not be taken from the dismissal in good faith. (*See* Doc. No. 4, Order of Dismissal at 4.) Regardless of financial eligibility and regardless of timeliness of the appeal, a litigant cannot proceed IFP on appeal when their appeal is not taken in good faith—and Vagle's appeal is not. *See* 28 U.S.C. § 1915(a)(3). For these reasons, Vagle's IFP application is denied.

1

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings in this case,

**IT IS HEREBY ORDERED** that Plaintiff Melissa K. Vagle's application to proceed *in forma pauperis* on appeal (Doc. No. 7) is **DENIED**.

Date: June 24, 2025                       *s/ Jerry W. Blackwell*_____
                                           JERRY W. BLACKWELL
                                           United States District Judge

2



# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal
Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy
U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal
Building and U.S. Courthouse
and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S.
Courthouse and Federal
Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

Date:  06/25/2025

To:     U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  Be,  U.S. District Court-Minnesota

In Re:  District Court Case No. 25-cv-01010-JWB-DTS
Eighth Circuit Case No.:  Not yet assigned
Case Title:  Vagle v. Bakke et al

The statutory filing fee has:
☐been paid, receipt number:
☒not been paid as of
      IFP      ☐is    ☒is not pending, IFP on Appeal-Denied 06/24/25
☐been waived because:
      ☐Application for IFP granted   ☐USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☐Yes   ☒No
      If yes, please identify the court reporter: N/A